Same case below, 422 Fed. Appx. 442.

**No. 11-153. Resat Keles, Petitioner v. Trustees of Columbia University in the City of New York, et al.**

565 U.S. 884, 132 S. Ct. 255, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5368, ▮

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

Same case below, 74 App. Div. 3d 435, 903 N.Y.S.2d 18.

**No. 11-154. Faustino Martinez, Petitioner v. Fulya Kurt.**

565 U.S. 884, 132 S. Ct. 255, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5262.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 56 So. 3d 780.

**No. 11-155. Angel Jesus Alvarez, Petitioner v. Robert K. Wong, Warden.**

565 U.S. 884, 132 S. Ct. 255, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5851.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 425 Fed. Appx. 652.

**No. 11-176. Joseph Poole, Petitioner v. United States.**

565 U.S. 884, 132 S. Ct. 255, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5390.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 640 F.3d 114.

**No. 11-200. Mauricio Puche, Orlando Puche, and Enrique A. Puche, Petitioners v. United States.**

565 U.S. 884, 132 S. Ct. 255, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5453, ▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-205. Ronald Louis Bradshaw, Petitioner v. United States.**

565 U.S. 884, 132 S. Ct. 255, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5808.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 433 Fed. Appx. 618.

**No. 11-214. Nancy Melendez Camilo, Petitioner v. United States.**

565 U.S. 884, 132 S. Ct. 256, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5822.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 642 F.3d 1040.

**No. 11-220. Kenneth D. Liggins, Petitioner v. Robina R. Bouffault, et al.**

565 U.S. 884, 132 S. Ct. 256, 181 L. Ed. 2d 148, 2011 U.S. LEXIS 5249.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 237.